IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAMELA MICHELLE ROBERTS,     PLAINTIFF

v.     CIVIL ACTION NO. 1:23-cv-00150-SA-RP

CITY OF BOONEVILLE, MISSISSIPPI, et al     DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on November 1, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 8th day of November, 2023.

    /s/ Sharion Aycock
    UNITED STATES DISTRICT JUDGE